UNITED STATES DISTRICT COURT
Eastern District of Arkansas
Richard Sheppard Arnold United States Courthouse
600 West Capitol, Suite A-149
Little Rock, Arkansas 72201-3325

* * MAILING CERTIFICATE OF CLERK * *

Re: 4:21CR00203-01 DPM

True and correct copies of document #105, **Judgment and Commitment,** and the NEF as proof of filing
were mailed by the clerk to the following on 8/22/2025:

Defense Counsel for Relevant Defendant                    (with copy of the Sealed Statement of Reasons)
Jimmy C. Morris , Jr.
Morris Law Firm
221 West Second Street, Suite 601
Little Rock, AR 72201

United States Attorney's Office - Little Rock                (with copy of the Sealed Statement of Reasons)
via mail slot in Clerk's Office

Finance Department - U.S. District Court, Eastern District of Arkansas
via CMECF. with restitution information sent electronically

U.S. Probation Office                                       (with copy of the Sealed Statement of Reasons)
via mail slot in Clerk's Office

Non-Registered Users Representing Co-defendants                          JUDGMENT ONLY
***** None applicable